UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.: 5:25-MJ-00054 |
| | : | |
| v. | : | Violation: 50 U.S.C. § 797 (Penalty for violation of security regulations and orders) |
| **MANASSEH THOMPSON** | | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(VIOLATION OF SECURITY REGULATIONS AND ORDERS)

On or about May 20, 2025, in the Macon Division of the Middle District of Georgia, on the Robins Air Force Base, the defendant

**MANASSEH THOMPSON**

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is Robins Air Force Base, Warner Robins, Houston County, Georgia, did willfully violate a defense property security regulation, to wit: Robins Air Force Base 31-101 Integrated Defense Plan, by knowingly and unlawfully transporting a firearm aboard said installation in a vehicle without authorization, in violation of Title 50, United States Code, Section 797.

SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

BY:   /S/ JACQUELYN M. CREITZ
JACQUELYN M. CREITZ
MARYLAND Bar No.: 2311281079
Special Assistant U.S. Attorney

United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 222-0551